IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **1:08-cv-4010** |
| | ) | Judge Guzman |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

AGREED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT

NOW COMES Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, by counsel, and moves this Honorable Court for an extension of time to answer, move or otherwise respond to Plaintiff's Complaint. In support, Counsel for Defendant hereby represents as follows:

1. This matter was originally filed in the Circuit Court of Cook County, Illinois, Law Division and subsequently removed to this Court by Defendant based on federal question jurisdiction (ERISA) and diversity claims on July 15, 2008.

2. Currently, a responsive pleading is due to be filed on or before July 21, 2008.

3. Defendant has not had time to fully assess the claims alleged in Plaintiff's Complaint in order to prepare a response.

4. Defendant has not sought any prior extensions, submits that good cause exists for this extension, and it is not sought for purposes of delay.

5. Plaintiff's counsel consented to the requested extension.

- 2 -

WHEREFORE, Defendant requests that the Court enter an order granting Defendant an extension of time to answer, move or otherwise respond to Plaintiff's Complaint to and including August 4, 2008.

> Respectfully submitted,
> OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
>
> By:*/s/ Eric P. Mathisen*

Dated: July 17, 2008

Eric P. Mathisen, Indiana Bar No. 19475
Two First National Plaza
20 South Clark Street, 25th Floor
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619
Eric.Mathisen@ogletreedeakins.com
*Attorneys for Defendant Unum Life Insurance Company of America*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, the foregoing document was filed and served via the Court's ECF electronic filing system and also served via first Class U.S. mail postage prepaid to the following:

        John M. Burke
        BURKE & BURKE
        30 N. LaSalle Street, Suite 2800
        Chicago, Illinois 60602
        (312) 263-6300

        Mark McCallister
        DUDLEY & LAKE, LLC
        30 North LaSalle Street, Suite 2800
        Chicago, Illinois 60602
        (312) 263-6300

        */s/ Eric Mathisen*
        *One of the Attorneys for Defendant*

OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
Two First National Plaza, 25th Floor
20 South Clark Street
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619

6507920.2 (OGLETREE)