IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA RUSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. **1:08-cv-4010** |
| | ) Judge Guzman |
| UNUM LIFE INSURANCE COMPANY | ) Magistrate Judge Cole |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **, July 24, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman, or any other judge sitting in his/her stead in the courtroom usually occupied by him/her at the United States District Court for the Northern District of Illinois, Eastern Division, **Courtroom 1219**, 219 S. Dearborn Street, Chicago, Illinois and shall present **AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT**, a copy of which is being served upon you contemporaneously**.**

        Respectfully submitted,
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.


        By:*/s/ Eric P. Mathisen*

Dated: July 17, 2008

Eric P. Mathisen, Indiana Bar No. 19475
Two First National Plaza
20 South Clark Street, 25th Floor
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619
Eric.Mathisen@ogletreedeakins.com
*Attorneys for Defendant Unum Life Insurance Company of America*

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, the foregoing document was filed and served via the Court's ECF electronic filing system and also served via first Class U.S. mail postage prepaid to the following:

> John M. Burke
> BURKE & BURKE
> 30 N. LaSalle Street, Suite 2800
> Chicago, Illinois 60602
> (312) 263-6300
>
> Mark McCallister
> DUDLEY & LAKE, LLC
> 30 North LaSalle Street, Suite 2800
> Chicago, Illinois 60602
> (312) 263-6300

> */s/ Eric Mathisen*
> *One of the Attorneys for Defendant*

OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
Two First National Plaza, 25th Floor
20 South Clark Street
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619

6509038.1 (OGLETREE)