U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 cv 04010

LINDA RUSSELL

v.

UNUM Life Insurance Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINDA RUSSELL

| NAME (Type or print) | |
|---|---|
| JOHN M. BURKE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John M. Burke | |
| FIRM | |
| BURKE & BURKE | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS | TELEPHONE NUMBER |
| 0343889 | (312) 726-6630 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES☑   NO☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES☑   NO☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES☑   NO☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES☑   N |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATU | |
| RETAINED COUNSEL☐        APPOINTED COUNSEL☐ | |