U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 cv 04010

LINDA RUSSELL

v.

UNUM Life Insurance Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LINDA RUSSELL

| NAME (Type or print) |  |
|---|---|
| Marc E. McCallister |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Marc E. McCallister | |
| FIRM | |
| DUDLEY & LAKE, LLC | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286826 | (312) 263-6300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES☐  NO☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES☑  NO☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES☐  NO☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES☐ N |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATU | |
| RETAINED COUNSEL☐       APPOINTED COUNSEL☐ | |