IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA RUSSELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | Case No. 1:08-cv-4010<br>Judge Guzman<br>Magistrate Judge Cole |

## CORPORATE DISCLOSURE FORM

Pursuant to FRCP 7.2, Defendant Unum Life Insurance Company of America makes the following disclosure:

Unum Group is the only publicly traded company or investment fund with a 10% or greater ownership in Unum Life Insurance Company of America.

                                                        Respectfully submitted,
                                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

                                                        By:*/s/ Eric P. Mathisen*

Dated:  August 12, 2008
Eric P. Mathisen, Indiana Bar No. 19475
Two First National Plaza, 25th Floor
20 South Clark Street
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619
*Eric.Mathisen@ogletreedeakins.com*
*Attorneys for Defendant Unum Life Insurance Company of America*

CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, the foregoing document was filed and served via the Court's ECF electronic filing system to the following:

>John M. Burke
>BURKE & BURKE
>30 N. LaSalle Street, Suite 2800
>Chicago, Illinois 60602
>(312) 263-6300
>
>Mark McCallister
>DUDLEY & LAKE, LLC
>30 North LaSalle Street, Suite 2800
>Chicago, Illinois 60602
>(312) 263-6300

>*/s/ Eric Mathisen*
>*One of the Attorneys for Defendant*

OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
Two First National Plaza, 25th Floor
20 South Clark Street
Chicago, IL 60603
Phone: (312) 558-1220
Facsimile: (312) 807-3619

6571429.1 (OGLETREE)