IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-CV-4010 |
| ) | Judge Guzman |
| UNUM LIFE INSURANCE COMPANY ) | Magistrate Judge Cole |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## Notice of Filing

To:   Eric P. Mathisen, 19475-71 (Indiana)
      Two First National Plaza, 25th Floor
      20 South Clark St.
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on **August 28, 2008** there was electronically mailed for filing with the Clerk of the Court for the Northern District of Illinois, Agreed Proposed Discovery Order, a copy of which is attached and herewith served upon you.

## CERTIFICATE OF SERVICE

   Under penalties of perjury, as provided by law pursuant to Section 1-109 of the Code of Civil Procedure 735 ILCS 5/1-109, the undersigned certifies that a copy of this Notice, together with the document referred to therein, was served to all parties above who are registered with the United States District Court for the Northern District electronic filing system *via electronic e-mail through the CM/ECF system*, and to all parties directed above who are not registered, by *First Class mail* on this 28th day of **August, 2008**.

                                            Respectfully submitted,

                                            s/Marc E. McCallister
                                            One of Plaintiff's Attorneys

John M. Burke, #21702
BURKE & BURKE, LTD.
30 North LaSalle Street, Suite 2800
Chicago, Illinois 60602
312.726.6630

Marc E. McCallister, #39679
DUDLEY & LAKE
30 N. LaSalle Street,
Chicago, Illinois 60602
312.263.6300