IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-CV-4010 |
| ) | Judge Guzman |
| UNUM LIFE INSURANCE COMPANY ) | Magistrate Judge Cole |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED SCHEDULING ORDER

Pursuant to this Court's order, Eric P. Mathisen representing Defendant, and Marc E. McCallister representing Plaintiff, met telephonically on August 4, 2008, pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

1. **Discovery**

   A. All disclosures required by Rule 26(a)(1) shall be made on or before September 15, 2008.

   B. Any amendments to the pleadings or actions to join other parties shall be filed on or before September 30, 2008.

   C. The cut off for all fact discovery is November 7, 2008.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before December 17, 2008, but the parties do not anticipate that expert testimony will be necessary or required since this is an ERISA suit.

    E. The parties may depose the other side's experts at any time prior to January 29, 2009.

    F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2) at any time prior to February 27, 2009, but the parties do not anticipate that expert testimony will be necessary or required since this is an ERISA suit.

    G. The parties may depose the other side's rebuttal experts at any time prior to March 27, 2009.

**2. Motions**

Any dispositive motion shall be filed on or before December 12, 2008.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before February 6, 2009.

The final pretrial conference will be held on _____ at _____ (This date and time will be set by the Court at the Rule 16 conference.)

**4. Trial**

Trial in this matter is set on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5. Status Hearing**

A further status hearing/preliminary pretrial conference will be held on November 19, 2008.

                                            Respectfully submitted,

                                            s/Marc E. McCallister
                                            One of Plaintiff's Attorneys

John M. Burke
BURKE & BURKE, LTD.
30 North LaSalle Street
Suite 2800
Chicago, Illinois 60602
312.726.6630
Attorney No. 21702

Marc E. McCallister
DUDLEY & LAKE
30 N. LaSalle Street
Suite 2800
Chicago, Illinois 60602
312.263.6300
Attorney No. 39679

                              Respectfully submitted,

                              **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
                              Attorney for Defendant

                              <u>s/ Eric P. Mathisen</u>
                              Eric P. Mathisen, 19475-71 (Indiana)
                              Two First National Plaza, 25th Floor
                              20 South Clark St.
                              Chicago, IL 60603
                              Tel: (312) 558-1220
                              Fx:  (312) 807-3619
                              eric.mathisen@ogletreedeakins.com